IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD L. KEENE, JR. | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 2:21-cv-03385-MAK |
| TRANSDIGM GROUP, INC. and KORRY ELECTRONICS CO., | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal With Prejudice of this action, including all claims stated therein, with each party to bear its own attorney's fees and costs.

Date: January 25, 2022

*/s/ Julie A. Uebler*
Julie A. Uebler, Esquire
CONSOLE MATTIACCI LAW, LLC
1525 Locust Street, 9th Floor
Philadelphia, PA 19102
Telephone: (215) 545-7676
uebler@consolelaw.com

*Attorneys for Plaintiff*

*/s/ Stephanie J. Peet*
Stephanie J. Peet, Esquire
Amanda E. Steinke, Esquire
JACKSON LEWIS P.C.
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
Telephone: (267) 319-7802
amanda.steinke@jacksonlewis.com
stephanie.peet@jacksonlewis.com

*Attorneys for Defendants*