# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD L. KEENE, JR.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 21-3385 |
| | : | |
| **TRANSDIGM GROUP, INC.,** *et al.* | : | |

## ORDER

**AND NOW**, this 25th day of January 2022, upon considering the parties' Stipulation of Dismissal (ECF Doc. No. 19), it is **ORDERED**:

1. This action is **DISMISSED with prejudice** under Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and,

2. The Clerk of Court shall **close** this case.

**KEARNEY, J.**